AMERICAN EXCHANGE IN EUROPE (Limited), Appellant, *v.* WILLIAM H. ROBERTSON, Respondent.

(Argued October 21, 1887; decided November 29, 1887.)

*Alfred Jaretzki* for appellant.

*S. P. Nash* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

STEPHEN SWEET, as Survivor, etc., Respondent, *v.* ALEXANDER TAYLOR, Appellant.

(Submitted October 21, 1887; decided November 29, 1887.)

*H. H. Morse* for appellant.

*George H. Decker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JULIUS CATLIN, Jr., et. al., Appellants, *v.* GEORGE FREDERICK VIETOR et al., Respondents.

(Argued October 21, 1887; decided November 29. 1887.)

*Aaron Pennington Whitehead* for appellants.

*Charles M. Da Costa* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.